LONDON & LANCASHIRE FIRE INS. CO. v. WILLIAMS.

(Circuit Court of Appeals, Fifth Circuit. November 13, 1916.)

No. 2944.

In Error to the District Court of the United States for the Northern District of Alabama; William I. Grubb, Judge.

Action by P. W. Williams against the London & Lancashire Fire Insurance Company. There was a judgment for plaintiff, and defendant brings error. Reversed and remanded.

B. P. Crum, of Montgomery, Ala., and W. W. Callahan and A. J. Harris, both of Decatur, Ala., for plaintiff in error.

Alexander C. Birch, of Birmingham, Ala., for defendant in error.

Before PARDEE and WALKER, Circuit Judges, and CALL, District Judge.

CALL, District Judge. This case was tried at the same time as No. 2935, Home Insurance Company of New York v. P. W. Williams, 237 Fed. 171, —— C.

C. A. ——, upon the same issues and the same testimony, except as to the amount of insurance. The assignments of error are the same, except that there was no plea in this case setting up overinsurance.

For the reasons given in the opinion in case No. 2935, the judgment is reversed, and the case remanded for a new trial.